IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

In the Matter of the Search of )
)
) Case No. 3:21-mj-00274-MMS
Black Chrysler 300 with Alaska license )
plate LEM339, and VIN: )
2C3CCAGG8KH631644 and is registered )
Jimmy GREEN Jr. )
) May 11 2021

## ATTACHMENT B

### Items to be Searched for and Seized

The following items are subject to seizure pursuant to this search warrant, as they constitute evidence and instrumentalities of the following violations of federal law: 21 U.S.C. § 841(a)(1); attempt and conspiracy to commit those offenses in violation of 21 U.S.C. § 846; use of a communication facility to facilitate a controlled substance offense in violation of 21 U.S.C. § 843(b). Express parcel shipping service materials including labels, airbills, envelopes, packaging, and receipts believed to be use in furtherance of the abovereferenced violations of federal law;

1. Computers and computing systems, hard drives, cable modems, wireless routers, electronic storage media, central processing units, and all associated storage media for electronic data, together with all other computer-related operating equipment. Computers and related storage devices may be seized, but not searched without a separate warrant.

2. Records evidencing use or ownership and use of the computers or electronic storage media including, but not limited to, registry and setup information within the computer's operating system and customizations to the operating system's directory structure.

3. United States currency, foreign currency, precious metals, jewelry, stocks, bonds, money orders, certificates of deposit and cashier's checks;

4. Items evidencing the expenditure of drug related proceeds, namely: receipts, purchase agreements, vehicle titles, warranty applications, homeowners' or renters' insurance applications and claims, photographs and/or video recordings of luxury items, jewelry, expensive vacations;

5. Account statements, account summaries, credit card statements, banking deposit slips, handwritten notes containing account information, account holder and amount deposited, money market accounts, overseas banking information to include routing codes, deposit receipts, canceled checks, loan agreements and loan applications.

6. Safe deposit box keys and agreements and commercial storage locker keys or records;

7. Wire Transfer documents, receipts and handwritten notes containing wire service tracking numbers, amounts sent and intended pay-out locations;

8. Cellular telephones and pre-paid long-distance cards. Cellular telephones and other communications devices including Blackberries may be seized, but not searched without a separate warrant.

9. Printed flight itineraries, luggage tags, passports including visas, airline

tickets, airline ticket receipts, pre-printed airline luggage tags, handwritten notes containing airline confirmation codes, frequent flyer mileage plan cards and summaries, business cards from other areas, hotel receipts and car rental agreements and receipts.

10. Items tending to establish the use and/or possession of fraudulent identification documents, namely: birth certificates, Baptismal records/certificates, passports, driver's licenses, State issued identification cards, Immigration documents, Social Security cards;

11. Equipment associated with and used for the protection and security of the controlled substance distribution operation, namely; video surveillance cameras, video surveillance monitors, Internet "web-cams", motion sensors, trip-wire cameras and concealed listening/recording devices;

12. Items tending to establish the identity of persons in control of the premises, namely: utility company receipts, mortgage or rent receipts, canceled mail, envelopes, keys, telephone bills, charge card receipts/statements, lease-rental or sale agreements or contracts, gas receipts, notebooks, photographs, videos, savings account passbooks, passports, diaries, notebooks, vehicle registrations and titles, land titles, escrow papers, legal documents, medical records, and papers denoting monetary amounts received from the distribution of controlled substances;

13. Items tending to establish and document sales of controlled substances, or conspiracy to manufacture, distribute, and/or possess with the intent to distribute controlled substances, namely: buyer lists, seller lists, ledgers, tally sheets, "pay and owe" sheets, price lists, notes and diaries;

14. Address books, papers and documents bearing handwritten notations of names and associated telephone numbers, and photographs depicting subjects and/or co-conspirators with controlled substances, large sums of money, guns and expensive assets (i.e. jewelry, luxury cars);

15. Controlled substances, cutting agents, and drug distribution paraphernalia, including but not limited to: scales, cans, baggies, vacuum sealers and vacuum sealer bags, drug ledgers, pay-owe sheets, customer lists, price lists and code sheets.

16. Firearms, ammunition, and stolen property.