
May 11 2021

Case NO.: _____

SEARCH WARRANT NO. 3:21-mj-00274-mms



## ATTACHMENT IN SUPPORT OF AFFIDAVIT FOR SEARCH WARRANT

## TRAINING RECORD OF SCENT DETECTION CANINE TEAM

### Officer C. Scott & K-9 "Skye"

The facts tending to establish the forgoing grounds for issuance of a search warrant are as follows:

1. The affiant is Officer CATHERINE SCOTT, who has been employed as a certified Police Officer for the State of Alaska with the Ted Stevens Anchorage International Airport Police Department since November 2016. I attended the following training: Alaska Law Enforcement Training Academy in Sitka, Alaska (1,009 hours), which included 8 hours of controlled substance identification, 16 hours of search and seizure and 8 hours of search warrants. I have been assigned as the Anchorage Airport Police K-9 Handler since November 2017. The affiant completed a 200 hour Drug Detection Handling course through Kasseburg Canine Training in New Market, AL with K-9 "Skye" in October through November 2017.

2. K-9 "Skye" is a female Belgian Malinois. K-9 "Skye" completed a 200 hour Single Purpose Drug Detection K-9 Academy on November 10, 2017. K-9 "Skye" is certified in the detection of controlled substances: **Cocaine, Heroin, and Methamphetamine** on November 10, 2017 with Kasseburg Canine Training and on November 17, 2017 with NNDDA.

3. From June 5th, 2020 (most recent certification) to present, K-9 SKYE has been commanded to sniff for the presence of the odor of controlled substances approximately 281 times during scent detection training and has indicated on 281 of the training substances when commanded. K-9 "Skye" performs blank training searches where no controlled substances are present and also trains in a variety of environments and conditions including luggage, vehicles, boxes, residences, offices, warehouses, schools, and open areas as part of her maintenance training.

4. SPECIFICS:

On 5/3/21 at about 1355 hours, I was requested by Special Agent Boothroyd to conduct a K-9 Sniff with K-9 SKYE on a suspected vehicle. LT Shayne Calt with Alaska State Troopers pulled over on a traffic stop. I was briefed about the suspicions regarding the black 2019 Chrysler 300. I met LT Calt at the MTR lot where the vehicle was located. The vehicle was located in the MTR lot in Palmer, AK. I conducted a K-9 drug detection sniff with K-9 SKYE in the area containing the black Chrysler 300 bearing no plates except KIA dealer plates. On 5/3/21 at about 1436 hours, K9 SKYE displayed "Alert" behavior at the vehicle for the presence of the odor of controlled substances emitting from the vehicle.

Ofc. Catherine Scott